

No. 01–9295. FITCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9296. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–9299. FERNANDEZ-MORALES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–9304. ALEXANDER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–9305. ARMENDARIZ-BUSTAMANTE, AKA RAMIREZ, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–9307. ORTIZ RAMIREZ v. UNITED STATES; ZAVALA-ESPARZA v. UNITED STATES; and NUNEZ-FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–9319. TORRES-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–9324. TILLMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–1053. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON v. MATHENEY. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–5413. OLUFEMI v. DEKALB COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES, 534 U. S. 1084;

No. 01–6575. MELENDEZ v. UNITED STATES, 534 U. S. 1030;

No. 01–6861. THOMAS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 1088;

No. 01–7167. WILLIAMS v. NEWLAND, WARDEN, 534 U. S. 1138;

No. 01–7204. BENNINGS v. CONNECTICUT DEPARTMENT OF CORRECTIONS ET AL., 534 U. S. 1139;

No. 01–7434. KING v. NORTH CAROLINA, 534 U. S. 1147;

No. 01–8047. PEREZ v. UNITED STATES, *ante*, p. 910; and

No. 01–8174. IN RE COX, *ante*, p. 904. Petitions for rehearing denied.

APRIL 24, 2002

No. 01–9463 (01A800). COLEMAN v. BAGLEY, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 01–9775 (01A801). COLEMAN v. OHIO. Sup. Ct. Ohio. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

APRIL 25, 2002

No. 01–9874 (01A816). IN RE COLEMAN. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–9875 (01A817). IN RE COLEMAN. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–9873 (01A815). COLEMAN v. COYLE, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

APRIL 26, 2002

No. 01–8406. WILLIAMS v. HEAD, WARDEN. Sup. Ct. Ga. Certiorari dismissed under this Court's Rule 46.

APRIL 29, 2002

No. 01–8606. JAMES v. FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* denied, and